No. 87–6649.  MADDEN v. TATE, SUPERINTENDENT, CHILLI-
COTHE CORRECTIONAL INSTITUTE.  C. A. 6th Cir.  Certiorari
denied.

No. 87–6654.  SHEELY ET AL. v. UNIVERSITY OF TEXAS BOARD
OF REGENTS.  C. A. 5th Cir.  Certiorari denied.

No. 87–6657.  HEREDIA v. OHIO.  Ct. App. Ohio, Cuyahoga
County.  Certiorari denied.

No. 87–6658.  SALLEE v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 87–6659.  VAN STRATEN v. KEENE ET AL.  C. A. 7th Cir.
Certiorari denied.

No. 87–6660.  WINPENNY v. WINPENNY.  Super. Ct. Pa.  Cer-
tiorari denied.

No. 87–6661.  BAKER v. ESTELLE, WARDEN, ET AL.  C. A.
9th Cir.  Certiorari denied.

No. 87–6664.  REID v. MURRAY, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 87–6665.  TAYLOR v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 87–6668.  FEASTER v. OHIO.  Ct. App. Ohio, Summit
County.  Certiorari denied.

No. 87–6670.  LYNCH v. JOHNSON ET AL.  C. A. 3d Cir.  Cer-
tiorari denied.

No. 87–6672.  ALBERNI v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 87–6675.  FREEMAN v. JAGO.  C. A. 6th Cir.  Certiorari
denied.

No. 87–6677.  BRADLEY v. LANE, DIRECTOR, ILLINOIS DE-
PARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari
denied.

No. 87–6678.  GLIVINGS ET AL. v. UNITED STATES.  C. A. 4th
Cir.  Certiorari denied.